UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-1572

BRYTON ENNIS,

       Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

       Defendant.
_____/

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER [DE 6] TO EXTEND THE DISCOVERY DEADLINE WITH SUPPORTING MEMORANDUM OF LAW

Come now Plaintiff, Bryton Ennis, and Defendant, Healthcare Revenue Recovery Group, LLC (collectively the "Parties"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), and (16)(b)(4), jointly file this Motion to Modify the Fast-Track Scheduling Order [**DE 6**] and extend the discovery deadline to October 28, 2021, and in support thereof state:

1. On July 12, 2021, this Court entered its Fast-Track Scheduling Order, which established October 6, 2021 as the deadline for the completion of discovery in this action. **[DE 6]**

1

2. The Parties are diligently working to finalize the exchange of discovery responses and schedule depositions in this action; however, additional time is needed to ascertain all of the alleged events that led to the Plaintiff's filing of the above action.

3. As such, the Parties seek to modify the Fast-Track Scheduling Order to reflect a brief extension of the discovery deadline to and including October 28, 2021.

4. This request is not made for purposes of inappropriate delay in the proceedings or for any improper purpose and an order granting this Motion will not prejudice any party. Instead, the granting of this Motion will allow the Parties sufficient time to finalize the exchange of relevant documents and information, to take the depositions and analyze resulting testimony, and will ultimately give the Parties the opportunity to understand the alleged events that are the subject of the Plaintiff's case. Further, the Parties are not requesting that any other Deadline be modified.

WHEREFORE, for good cause shown Plaintiff, Bryton Ennis, and Defendant, Healthcare Revenue Recovery Group, LLC respectfully request this Court grant this Joint Motion to Modify the Scheduling Order to Extend the Discovery Deadline up to and including October 28, 2021.

## MEMORANDUM OF LAW

### A. THE COURT MAY MODIFY THE SCHEDULING ORDER AND EXTEND THE DEADLINE FOR DISCOVERY UPON GOOD CAUSE SHOWN BY THE PARTIES.

Rule 6 of the Federal Rules of Civil Procedure provides in part: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) …if a request is made, before the original time or its extension expires;". *Fed.R.Civ.P.6(b)(1)(A)*. Additionally, Fed.R.Civ.P.16(b)(4) provides that a schedule may be modified only for good cause and with the judge's consent. The deadline for the completion of discovery in this action is October 6, 2021. This Motion is filed timely as the original time for completion of discovery has not expired. Moreover, due to religious holidays and respective previous commitments in other matters, there are no dates available on the Parties' schedules for depositions prior to the Court's deadline of October 6, 2021.

### B. DESPITE THEIR DILIGENCE, THE PARTIES ARE UNABLE TO FINALIZE DISCOVERY AND DEPOSITIONS PRIOR TO THE COURT'S ESTABLISHED DEADLINE.

Moreover, "The good cause standard precludes modification of the court's scheduling order unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.,* 133 F.3d 1417, 1418 n.2, 1419 (11th Cir. 1998). "To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's

3

diligence." *Alarm Grid, Inc. v. Alarm Club.com, Inc.*, No. 17-80305-CV, 2018 U.S. Dist. LEXIS 19747, at *12 (S.D. Fla. Feb. 2, 2018). Here, the Parties have diligently engaged in discovery since July of 2021. Specifically, the Parties have exchanged their first set of discovery requests and are working to obtain and serve responsive documents, and coordinate the depositions of the Plaintiff, and Defendant's Corporate Representative in this matter. This Motion is being filed prior to the expiration of the deadline and immediately upon the Parties' awareness that an extension is required. Moreover, the upcoming religious holidays and the Parties' conflicting schedules do not allow for depositions prior to the current deadline of October 6, 2021. As such, through their diligence, the Parties have shown good cause for this Court to modify the Scheduling Order.

## CONCLUSION

For the foregoing reasons, good cause exists for the Court to grant this Joint Motion to Modify the Scheduling Order and extend the time for the parties to complete discovery in this action up to and including October 28, 2021.

Respectfully submitted this **14th** day of **September 2021**.

| | |
|---|---|
| /s/*Jibrael S. Hindi* | /s/ *Ernest H. Kohlmyer, III* |
| Jibrael S. Hindi, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 118259 | Florida Bar No. 110108 |

4

jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
Facsimile: 855-529-9540
*Attorneys for Plaintiff*

/s/ *Thomas J. Patti*
Thomas J. Patti, Esquire
Florida Bar No. 118377
tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
Facsimile: 855-529-9540
*Attorneys for Plaintiff*

Skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **September 14, 2021**, with the Clerk of the Court by using the electronic filing system. I certify that the foregoing has been sent via electronic transmission to Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com, and Thomas J. Patti, Esquire at tom@jibraellaw.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 0110108
Email: skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone: (407) 622-1772

*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*

*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*