UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 8:21-cv-01572-KKM-SPF

BRYTON ENNIS,

    Plaintiff,

vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Plaintiff Bryton Ennis and Defendant Healthcare Revenue Recovery Group, LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal without Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: October 11, 2021

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Ernest H. Kohlmyer |
| **JIBRAEL S. HINDI, ESQ.** | **ERNEST H. KOHLMYER, III ESQ.** |
| Florida Bar No.: 118259 | Shepard, Smith, Kohlmyer & Hand, P.A. |
| E-mail:    jibrael@jibraellaw.com | Suite 100 |
| **THOMAS J. PATTI, ESQ.** | 2300 Maitland Center Pkwy |
| Florida Bar No.: 118377 | Maitland, FL 32751 |
| E-mail:    tom@jibraellaw.com | Phone: 407-622-1772 |
| The Law Offices of Jibrael S. Hindi | Fax: 407-622-1884 |
| 110 SE 6th Street, Suite 1744 | Email: skohlmyer@shepardfirm.com |
| Fort Lauderdale, Florida 33301 | |
| Phone:       954-907-1136 | *COUNSEL FOR DEFENDANT* |
| Fax:   855-529-9540 | |
| | |
| *COUNSEL FOR PLAINTIFF* | |